# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE LACE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNDERWRAPS COSTUME CORPORATION,<br><br>Defendant. | Case No. 2:19-cv-07375-FMO (AGRx)<br><br>**ORDER ON STIPULATION [63] DISMISSING ACTION WITH PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, and having reviewed and considered the parties' Joint Stipulation to Modify the Court's Order Dismissing Action Without Prejudice, and good cause appearing therefore, IT IS ORDERED that the above-captioned action is hereby reopened and dismissed without costs or attorneys' fees and with prejudice.

Dated: July 9, 2020

　　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge